IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

FILED
SEP 14 2023
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-124 |
| v. | INDICTMENT |
| DONTAJHA LYNN HOFFMAN, | T. 18 U.S.C. § 922(a)(6) |
| | T. 18 U.S.C. § 922(g)(3) |
| Defendant. | T. 18 U.S.C. § 924(a)(1)(A) |
| | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(a)(8) |
| | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (False Statement During Purchase of a Firearm)

On or about April 18, 2023, in the Southern District of Iowa, the defendant, DONTAJHA LYNN HOFFMAN, in connection with the acquisition of a firearm, namely: CZ (Ceska Zbrojovka), Model CZ P-09, nine-millimeter pistol, with serial number F422963, from JT Guns & Supply, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of acquisition of said firearm. Specifically, the defendant falsely represented on ATF Form 4473, Question 21.a., that the defendant was the actual transferee/buyer of the firearm, and in response to Question 21.g., that the defendant was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(False Statement During Purchase of a Firearm)**

On or about April 18, 2023, in the Southern District of Iowa, the defendant, DONTAJHA LYNN HOFFMAN, knowingly made a false statement and representation to JT Guns & Supply, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JT Guns & Supply. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that the defendant was the actual transferee/buyer of the firearm, and in response to Question 21.g., that the defendant was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Unlawful User in Possession of a Firearm)

On or about August 30, 2023, in the Southern District of Iowa, the defendant, DONTAJHA LYNN HOFFMAN, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Ruger, Model EC9S, nine-millimeter pistol, with serial number 462-38194. At the time of the offense, the defendant knew she was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Count 1, 2, and/or 3 of this Indictment, the defendant, DONTAJHA LYNN HOFFMAN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm and ammunition identified in Counts 1, 2, and/or 3 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

Richard D. Westphal
United States Attorney

By: _MacKenzie Tubbs_____
MacKenzie Benson Tubbs
Assistant United States Attorney